✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

TAKARI ELLIOT

**EXHIBIT AND WITNESS LIST**

Case Number: 1:16-mj-1175-DLC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cabell | Wortmann | Watkins |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Digital | Russo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 12/8/2016 | Yes | Yes | Complaint |
| 2 |  | 12/8/2016 | Yes | Yes | Video |
| 3 |  | 12/8/2016 | Yes | Yes | Return of Search Warrant |
| 4 |  | 12/8/2016 | Yes | Yes | Photos |
| 5 |  | 12/8/2016 | Yes | Yes | Photos |
| 6 |  | 12/8/2016 | Yes | Yes | Photos |
|  |  |  |  |  |  |
|  |  |  |  |  | Witness one for Gov't: Matthew Shibley - ATF. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages