FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 17-10023 |
| v. | ) |
| | ) VIOLATIONS: |
| TAKARI ELLIOTT | ) |
| A/K/A "PAPER," | ) 21 U.S.C. § 841(a)(1) -- |
| | ) Possession with Intent to |
| | ) Distribute and Distribution of |
| | ) Cocaine Base |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) -- |
| | ) Possession of Cocaine with |
| | ) Intent to Distribute |

**INFORMATION**

<u>COUNT ONE</u>: (21 U.S.C. § 841(a)(1) -- Possession with Intent to Distribute and Distribution of Cocaine Base)

The United States Attorney charges that:

On or about July 8, 2016, at Boston in the District of Massachusetts,

**TAKARI ELLIOTT, A/K/A "PAPER,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

1

**COUNT TWO:** (21 U.S.C. § 841(a)(1) - Possession of Cocaine with Intent to Distribute)

The United States Attorney further charges that:

On or about November 28, 2016, at Boston in the District of Massachusetts,

**TAKARI ELLIOTT, A/K/A "PAPER,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: _____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney