# United States v. Takari Elliott, 17-10023-IT

# Geographic Restriction

While on supervised release, the Defendant will be precluded from entering the area on the map set out below bounded by Blue Hill Avenue, West Cottage Street, East Cottage Street, Pleasant Street, Bowdoin Street, and Geneva Avenue ("the Exclusion Zone") without the express permission of his Probation Officer. Notwithstanding the foregoing, the Defendant will be permitted reasonable visitation with his children at a location within the Exclusion Zone pursuant to schedule to include at least one, but up to two, daytime visit per week as determined by Probation, so long as the Defendant remains in compliance with the conditions of his supervise release. This restriction does not preclude the Defendant from traveling by motor vehicle on any of the named roads forming the Exclusion Zone This geographic restriction is subject to modification by the Court upon motion.

