# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
**(Probation Form 49, Waiver of Hearing is Attached)**

**Name of Offender:** Takari Elliott      **Case Number:** 17-CR-10023

**Name of Sentencing Judicial Officer:** Honorable Indira Talwani, U.S. District Judge

**Date of Original Sentence:** May 15, 2017

**Original Offense:** Possession w/Intent to Distribute and Distribution of Cocaine Base, in violation of 21 U.S.C. § 841(a)(l), and Possession of Cocaine with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(l)

**Original Sentence:** 30 Months of custody followed by 36 Months supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** January 31, 2019

---

### PETITIONING THE COURT

[   ]   To extend the term of supervision for     years, for a total term of     years

[ X ]   To modify the conditions of supervision as follows:

**The defendant shall abide by a curfew, enforced by electronic monitoring, from 9:00 pm to 6:00 am for a period of 90 days. The defendant shall pay for the costs of the program.**

### CAUSE

On October 7, 2019, Mr. Takari Elliot was arrested by the Brockton Police Department as a result of a Fugitive from Justice warrant that originated in the State of Connecticut, by the Connecticut State Police Troop C. According to an Affidavit by the Connecticut State Police, on June 16, 2019, State Police were conducting speed enforcement and observed a vehicle traveling at a high-rate of speed. State Police pulled the vehicle over and requested the vehicle registration, license, and rental agreement. The operator of the vehicle stated he lost his identification at a club in New York and identified himself as Dashaun Elliot (DOB 10/4/89). Upon asking where Mr. Elliot and his passengers were coming from, Mr. Elliot explained that they spent the weekend in New York City and that he was rushing back home because it was Father's Day. Due to his full cooperation during the stop, Dashaun Elliot was initially issued an infraction for Speeding and Driving to Endanger. On September 5, 2019, State Police Troop C received a voice mail from an individual who claimed to be Dashaun Elliot. Mr. Elliot explained that he received a notice from Rockville Superior Court stating that he failed to pay/plea on an infraction that Connecticut State Police issued. Mr. Elliot further added that he was not in the state on the date of the infraction and that someone must have used his identity. Connecticut State Police advised Dashaun Elliot they would need to meet in person in order to move forward with his complaint, to which Dashaun Elliot explained it would be hard for him to do so because of his work schedule.

Connecticut State Police investigated the matter further by matching body camera footage from the traffic stop with a MA Registry of Motor Vehicles photograph of Dashaun Elliot. Although the resemblance was similar, Connecticut State Police were not completely confident that the individual stopped on 6/6/19 as pictured in his RMV photograph. Connecticut State Police further reviewed footage of the traffic stop, and the name Takari was said out loud as the officer was reviewing the rental agreement. Takari was heard telling the

| Prob 12B | - 2 - | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |
|---|---|---|

officer that the car was rented by his cousin, but he was not with them. Knowing that the vehicle was rented from Enterprise Rental out of Logan Airport, Connecticut State Police sent an email to their risk manager advising them of a potential criminal impersonation incident. Enterprise Rental informed Connecticut State Police that the renter of the vehicle was Takari Elliot (DOB 2/18/92) and that Dashaun Elliot was an employee of Enterprise. A comparison of Takari and Dashaun Elliot's MA RMV photographs were compared and there was a strong resemblance between the two. After comparison of the photographs and body camera footage, Connecticut State Police determined that Takari Elliot was the individual stopped on June 16, 2019. Connecticut State Police contacted Deshaun Elliot and asked him who Takari Elliot was. Dashaun informed State Police that he did not know the name. However, State Police advised Dashaun that RMV records showed them both living at the same address. Connecticut State Police asked Dashaun Elliot if it would be possible for him to come to Connecticut to meet with State Police. Dashaun Elliot advised State Police that he would come to Connecticut for a meeting. As of September 15, 2019, he failed to meet with State Police to discuss his impersonation complaint.

Based upon the above listed facts and circumstances, probable cause existed for the issuance of an arrest warrant for Takari Elliot. The Arrest Warrant Application was signed on September 19, 2019. Mr. Elliot was charged with Criminal Impersonation, Interfering with Police and Reckless Driving. He was arraigned in Rockville Superior Court on October 17, 2019, and his next scheduled appearance is December 3, 2019.

Mr. Elliot admitted to leaving the state without permission shortly after his location monitoring was removed by the Court in June 2019. He has been instructed to provide the names and DOB of each occupant that was in the car with him on June 16, 2019. Mr. Elliot was approached about signing a modification to address his non-compliance which included leaving the state without permission, failure to report law enforcement contact, and new criminal charges. He has agreed with the modification as indicated by the attached Probation Form 49 which is being provided for the Court's review. The probation office will continue to supervise Mr. Elliot in accordance with his risk level and will notify the court of any other issues of non-compliance. If Your Honor concurs with this recommendation, please indicate by endorsing below.

Reviewed/Approved by:

/s/ Jeffrey R. Smith
Jeffrey R. Smith
Supervisory U.S. Probation Officer

Respectfully submitted,

/s/ Jason Nelson
by  Jason Nelson
U.S. Probation Officer
Date:          10/18/2019

| Prob 12B | - 3 - | **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender** |
|----------|-------|----------------------------------------------------------------------------------------------|

**THE COURT ORDERS**

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[ ✓ ]  The Modification of Conditions as Noted Above
[  ]   Other

Honorable Indira Talwani
U.S. District Judge

10 / 21 / 2019
Date