UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 17-10023-IT |
| | ) | |
| TAKARI ELLIOTT | ) | |

**ASSENTED-TO MOTION TO CONTINUE FINAL REVOCATION HEARING**

    Defendant, Takari Elliott, hereby moves this Court to continue his Final Revocation hearing, presently scheduled for April 16, 2020, to June 18, 2020 or as soon thereafter as is convenient to the Court. As grounds, the defendant has pending criminal matters in Brockton Superior Court and Rockville, Connecticut Superior Court that remain unresolved. The state charges are the basis for the violation of Elliott's supervision in the instant matter and the disposition of the state charges will, for all practical purposes, determine the disposition of the pending violation petition. The Brockton Superior Court matter is next scheduled for hearing on May 26, 2020. Rescheduling the hearing in this matter until after the pending criminal matters will allow the parties clarity in determining and narrowing the issues in preparation for the final hearing.

    Elliott was last week released on the Brockton Superior Court matter on $10,000 bail, after which he was released to home detention pending the outcome of this matter. He remains at his home and is monitored by the U.S. Probation Department.

    Assistant U.S. Attorney John Dawley and United States Probation Officer Jason Nelson assent to this request.

                        TAKARI ELLIOTT
                        By his attorney,

                        /s/ Timothy G. Watkins
                        Timothy G. Watkins
                        Federal Defender Office
                        51 Sleeper Street, 5th Floor
                        Boston, MA 02210
                        Tel: 617-223-8061

## CERTIFICATE OF SERVICE

      I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 10, 2020.

                        /s/ Timothy G. Watkins
                        Timothy G. Watkins