Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Takari Elliott     **Case Number:** 0101 1:17CR10023

**Name of Sentencing Judicial Officer:** Honorable Indira Talwani, U.S. District Judge

**Date of Original Sentence:** May 15, 2017

**Original Offense:** NARCOTICS - SELL - DISTRIBUTE - OR DISPENSE 21:841A=ND.FNARCOTICS - POSSESSION WITH INTENT TO DISTRIBUTE 21:841A=NP.F

**Original Sentence:** 30 Months of custody followed by 36 Months supervised release

**Type of Supervision:** Term of Supervised Release     **Date Supervision Commenced:** October 02, 2020

---

## NON-COMPLIANCE SUMMARY

**Violation Number**     **Nature of Noncompliance**

I.     **Violation of Mandatory Condition #3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

On 11/05/20 Mr. Takari Elliott tested positive for cocaine after the probation officer collected an unobserved urine sample from him in his home. After testing positive, Mr. Elliott was placed in the phase program. Once placed on phase, Mr. Elliott failed to appear for his scheduled testing on the following dates.

   A. 11/16/2020
   B. 11/24/2020
   C. 12/29/2020

II.     **Violation of Standard Condition # 10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).**

On 01/04/21, Mr. Elliott reported to the Taunton office as directed for a drug test. During the security check, it was discovered that Mr. Elliott had a Smith & Wesson folding knife in the waist band of his pants. When Mr. Elliott was questioned why he had the folding knife on him, he failed to provide a plausible reason as to why it was on his person and indicated that it belonged to his girlfriend.

III.     **Violation of Standard Condition # 7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from**

**doing so. If you don't have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities) you must notify the probation officer at least 10 days before the change. If notifying the probation officer within 72 hours of becoming aware of a change or expected change.**

Since Mr. Elliott's release on 10/02/20, he has yet to secure full time employment or display efforts in trying to obtain lawful type of employment.

U.S. Probation Officer Action:

U.S. Probation confiscated the Smith & Wesson knife and informed Mr. Elliott he will not be able to retrieve it. The probation officer and Mr. Elliott then discussed the multiple violations he has committed, and the risks/concerns associated with such violations. Mr. Elliott was challenged on his cognitions and encouraged to make better decisions and to think before acting. The probation officer encouraged Mr. Elliott to seek employment by expanding his options. Additionally, Mr. Elliott will be required to fill out log sheets to keep track of the places he has applied to so that he is held accountable for his efforts. Mr. Elliott will be directed into the probation office on a monthly basis to discuss his employment seeking efforts until he secures legitimate full-time employment. Mr. Elliott was able to acknowledge that he made mistakes and moving forward he will represent himself in a better light in addition to applying to different places of employment. Mr. Elliott informed the probation officer that he will put daily reminders on his phone so that he does not miss phase testing. Probation is not seeking any Court action at this time but will update Your Honor immediately of any additional non-compliance moving forward.

Reviewed/Approved by:                                          Respectfully submitted,

*/s/ Basil F Cronin*                                           */s/ Charnee Alkins*
Basil F Cronin                                                 by  Charnee Alkins
Supervisory U.S. Probation Officer                             U.S. Probation Officer
                                                               Date:           1/22/2021

*No Response is necessary unless the court directs that additional action be taken as follows:*

[  ]  Approved
[  ]  Submit a Request for Modifying the Conditions or Term of Supervision
[  ]  Submit a Request for Warrant or Summons
[  ]  Other

_____
Honorable Indira Talwani
U.S. District Judge

_____
Date